[No. 10153-3-III.   Division Three.   May 28, 1991.]

VINCE FRISWOLD, *Respondent,* v. NORTON CORROSION,
LIMITED, INC., ET AL, *Appellants,* WILDER
CONSTRUCTION COMPANY, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for Walla

Walla County, No. 87–2–00326–5, Yancey Reser, J., entered June 23, 1989. *Affirmed in part* and *remanded* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.